## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lakeside Pools LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4482700** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7225 N. 110th Ave., Suite 6 & 7**<br>**Glendale, AZ 85307**<br>Number, Street, City, State & ZIP Code | **20102 W. Pasadena Avenue**<br>**Litchfield Park, AZ 85340**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District_____ | When_____ | Case number_____ |
| District_____ | When_____ | Case number_____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor_____ | | Relationship_____ |
| District_____ | When_____ | Case number, if known_____ |

**11. Why is the case filed in** *this district?*    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____
         Contact name       _____
         Phone              _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 14, 2023**
MM / DD / YYYY

**X /s/ David Lake**
Signature of authorized representative of debtor

**David Lake**
Printed name

Email Address of debtor

Title  **Member**

**18. Signature of attorney**

**X /s/ Thomas H. Allen**
Signature of attorney for debtor

Date  **September 14, 2023**
MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone  **602-256-6000**    Email address  **tallen@bkfirmaz.com**

**11160 AZ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Lakeside Pools LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 14, 2023**     X */s/ David Lake*
                                 Signature of individual signing on behalf of debtor

                                    **David Lake**
                                    Printed name

                                    **Member**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Lakeside Pools LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................   $ _____**0.00**

   **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................   $ _____**33,396.14**

   **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................   $ _____**33,396.14**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____**0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____**0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$ _____**1,868,160.66**

4.   **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b      $ _____**1,868,160.66**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor name    **Lakeside Pools LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **BMO Harris Bank** | **Checking** | **2840** | $0.00 |
| 3.2. | **BMO Harris Bank** | **Checking** | **0492** | $396.14 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $396.14 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **Lakeside Pools LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** **Work in progress of $1,427,446** | | **$0.00** | | **$0.00** |
| 21. | **Finished goods, including goods held for resale** **Finished goods, including goods held for sale such as water features, pool filter, sk immer, etc. all located at 8550 N. 91st Avenue, Suite 64, Peoria, AZ 85345** | | **$0.00** | | **$5,000.00** |
| 22. | **Other inventory or supplies** | | | | |

**23.    Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$5,000.00** |
|---|

**24.    Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Case 2:23-bk-06444-DPC    Doc 1    Filed 09/14/23    Entered 09/14/23 17:37:09    Desc
Main Document        Page 8 of 67

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture consisting of 12 desks, 22 office chairs, 3 bookshelves, 2 conference tables, office decorations, wall hangings located at 8550 N. 91st Avenue, Suite 64, Peoria, AZ 85345** | **$0.00** | **FMV** | **$1,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Kyocera TASKalfa 5053ci copy machine located at 8550 N. 91st Avenue, Suite 64, Peoria, AZ 85345 (Leased)** | **$0.00** | **FMV** | **$0.00** |
| **Office equipment consisting of 2 paper shredders, 11 computer monitors, 8 lapstops located at 8550 N. 91st Avenue, Suite 64, Peoria, AZ 85345** | **$0.00** | **FMV** | **$2,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | **$3,000.00** |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Lakeside Pools name and logo | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** lakesidepoolsaz.net | $0.00 | | $0.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | |
|---|---:|
| **Unpaid contract balance due from David and Cindy Arsenault, 13825 N. 71st Lane, Peoria, AZ 85381** | $25,000.00 |

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $25,000.00 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

| |
|---:|
| $25,000.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor **Lakeside Pools LLC**          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $396.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $25,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $33,396.14 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $33,396.14 |

**Fill in this information to identify the case:**

Debtor name    **Lakeside Pools LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Debtor name __**Lakeside Pools LLC**__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.46** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Acquabella USA, LLC**
**11906 Brittmoore Park Drive**
**Houston, TX 77041**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $180.46

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**ACT Rebar Contractors, Inc.**
**8331 N. 57th Drive**
**Glendale, AZ 85302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$49,393.29**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Alcantar, Julies & Athanea, Melissa**
**7513 S. 22nd Avenue**
**Phoenix, AZ 85041**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**Arizona Public Service**
**MS 3200**
**P.O. Box 53933**
**Phoenix, AZ 85072-3933**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __potential balance due for utility services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Arizona Registrar of Contractors**
**1700 W. Washington Street**
**Suite 105**
**Phoenix, AZ 85007-2812**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **for notice purposes related to revocation of contractor's license**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,103.52 |
| --- | --- | --- | --- |

**Arizona Turf Masters**
**1250 N. Fairway Drive**
**Bldg C, Suite 107**
**Tolleson, AZ 85353**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Arsenault, David and Cindy**
**13825 N. 71st Lane**
**Peoria, AZ 85381**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,682.05 |
| --- | --- | --- | --- |

**Art's Quality Landscaping**
**14103 W. Mandalay Lane**
**Surprise, AZ 85379**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,245.00 |
| --- | --- | --- | --- |

**AZ Desert Tile**
**5421 N. Pajaro Court**
**Litchfield Park, AZ 85340**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Baca, Lisa**
**5025 W. Novak Way**
**Laveen, AZ 85339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Bajpai, Mala**
**8034 W. Rock Springs Drive**
**Peoria, AZ 85383**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.00 |
|---|---|---|---|

**Bakkers Ironworks Inc.**
**2012 W. Williams Drive**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bannon, Joe**
**18373 W. Monterosa**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beam Insurance**
**112 N. York Road**
**Hatboro, PA 19040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  insurance premiums

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beans, Maria**
**31877 N. 124th Street**
**Glendale, AZ 85307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.00 |
|---|---|---|---|

**BEGAJE Limited Partnership**
**600 W. Chandler Blvd.**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unpaid rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.93 |
|---|---|---|---|

**Bergevin, Jean Luc**
**4471 E. Loma Vista St.**
**Gilbert, AZ 85295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bjork, Randy and Jan**
**4820 N. 203rd Ave**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,499.22 |
|---|---|---|---|

**BMO Financial Group**
**P.O. Box 5732**
**Carol Stream, IL 60197-5732**

Date(s) debt was incurred _

Last 4 digits of account number  **7291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit line**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,330.15 |
|---|---|---|---|

**BMO Haris Bank**
**P.O. Box 6101**
**Carol Stream, IL 60197-6101**

Date(s) debt was incurred _

Last 4 digits of account number  **7676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|---|---|---|---|

**BMO Harris Bank**
**P.O. Box 6290**
**Carol Stream, IL 60197-6290**

Date(s) debt was incurred _

Last 4 digits of account number  **0938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit line**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boye, Rex and Lisa**
**19927 W. Montecito Avenue**
**Litchfield Park, AZ 85340**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brick, Norton & Judy**
**23060 W. Moonlight Path**
**Buckeye, AZ 85326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,197.95 |
|---|---|---|---|

**Cal Plastering**
**2142 E. Jefferson St.**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carlson, Catherine Theresa**
**26269 W. Horsham Drive**
**Buckeye, AZ 85396**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:23-bk-06444-DPC   Doc 1   Filed 09/14/23   Entered 09/14/23 17:37:09   Desc
Main Document    Page 17 of 67

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,170.02** |
|------|--------------------------------------------------|--------------------------------------------------|--------|

**Chihuas Plumbing LLC**
**3510 W. Abraham Lane**
**Glendale, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------------------------------------------------|--------------------------------------------------|--------|

**Cooley, Robert and Bastrmajian, Marika**
**19768 W. Palo Verde Drive**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __contract overpayment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------------------------------------------------|--------------------------------------------------|--------|

**Cox Business**
**1550 W. Deer Valley Road**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------------------------------------------------|--------------------------------------------------|--------|

**Crawford, Jade**
**5221 W. Glenview Place**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------------------------------------------------|--------------------------------------------------|--------|

**Culver, Charles & Melissa**
**11743 S. Dean Road**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,799.00** |
|------|--------------------------------------------------|--------------------------------------------------|--------|

**Curiel M Rebar Steel LLC**
**12021 W. Chase Lane**
**Avondale, AZ 85323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------------------------------------------------|--------------------------------------------------|--------|

**Curry, Albert**
**19415 W. Seldon Lane**
**Waddell, AZ 85355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**D'Anthony, Adam & Kelly**
**16641 W. Valencia Drive**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unfinished project and/or warranty work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,068.13 |
|---|---|---|---|

**David Lake**
**20102 W. Pasadena Avenue**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loans to company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dean, Ray**
**29708 N. 224th Drive**
**Wittmann, AZ 85361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unfinished project and/or warranty work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deere, Christopher & Kristen**
**4611 E. Hazeltine Way**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unfinished project and/or warranty work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Delaney, John & Diann**
**8529 W. Rosemonte Drive**
**Peoria, AZ 85382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unfinished project and/or warranty work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ellenberger, Carole Kozusko**
**20512 W. Coolidge St.**
**Yuma, AZ 85369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unfinished project and/or warranty work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fernandez, Elkjer & Cynthia**
**19034 W. Rancho Drive**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unfinished project and/or warranty work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Lakeside Pools LLC**
      Name
                                             Case number (if known)

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frueh, Ida M.**
**7667 S. 163rd Drive**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gomez, Michael and Denise**
**13851 W. Bloswsom Way**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Goodnow, Russell**
**20562 W. Oregon Avenue**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  for notice purposes only 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Graham, Ben &  Mary**
**3330 Ten Bears Circle**
**Wickenburg, AZ 85390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gudina, Teon & Karina**
**18455 W. Monterosa St**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Habermann, Mark & Sandra**
**5252 N. 206th Drive**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hennessy, Dan & Kim**
**11044 S. Santa Margarita Drive**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work 

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hutchings, Victor**
**19045 W. Cameron Drive**
**Surprise, AZ 85388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _unfinished project and/or warranty work_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,432.00 |
|---|---|---|---|

**Icon Pool Works, LLC**
**4934 E. Beehive Road**
**San Tan Valley, AZ 85140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,418.68 |
|---|---|---|---|

**Jesse and Sons Pool Plumbing LLC**
**2023 W. Cortez St**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,354.82 |
|---|---|---|---|

**JMAX Mechanical**
**1753 E. Broadway Road, #101-454**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,336.70 |
|---|---|---|---|

**JMAX Plumbing**
**1753 E. Broadway Road, #101-454**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Johnson, Laura Ann**
**2573 N. Springfield St.**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _unfinished project and/or warranty work_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karim, Nadia & Justin**
**14467 W. Desert Flower Drive**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _unfinished project and/or warranty work_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Keys, Jeff**
**20504 W. Rosewood Lane**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _unfinished project and/or warranty work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Krapf, Donna**
**17734 W. Patrick Lane**
**Surprise, AZ 85387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _unfinished project and/or warranty work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**LaValley, Chad**
**8317 N. Arnold Court**
**Waddell, AZ 85355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _unfinished project and/or warranty work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Leamon, Elisabeth**
**11724 W. Marguerite Avenue**
**Avondale, AZ 85323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _unfinished project and/or warranty work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liepman, Marisa**
**5866 N. 188th Lane**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _unfinished project and/or warranty work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lindfors, John and Nancy**
**5224 N. 205th Lane**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _unfinished project and/or warranty work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Loden, Jacob**
**388 S. 163rd Drive**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _warranty work_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lucas, Thomas & Hague, Gwen**
15916 W. Ashland Avenue
Goodyear, AZ 85395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Magoc, David A.**
11056 S. Santa Margarita Drive
Goodyear, AZ 85338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marquardt, Terri**
20597 W. Oregon Ave
Buckeye, AZ 85396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,331.05 |
|---|---|---|---|

**Martinez. Annette & ElAmin, Nadeem**
417 E. Elm Lane
Avondale, AZ 85323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Master Cleanup LLC**
2025 S. Apache Drive
Apache Junction, AZ 85120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McCalman, Sheryl**
16653 W. Catalina Drive
Goodyear, AZ 85395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Meyer, Dan & CJ**
11973 E. Amanda Road
Gold Canyon, AZ 85118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  unfinished project and/or warranty work

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lakeside Pools LLC** | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,060.00** |
| --- | --- | --- | --- |

**Millennium Gas**
**P.O. Box 1823**
**Higley, AZ 85236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Miller, Keith**
**20417 W. Crescent Drive**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** unfinished project and/or warranty work

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Muddell, Melissa**
**19618 W. Exeter Blvd.**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** unfinished project and/or warranty work

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Mullinex, Allen and Florenda**
**17385 W. Lincoln Street**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** unfinished project and/or warranty work

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,216.00** |
| --- | --- | --- | --- |

**Navarro's Outdoor Environments, LLC**
**5614 W. Monte Viswta ROad**
**Phoenix, AZ 85035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,636.43** |
| --- | --- | --- | --- |

**Northstar Identity LLC**
**10810 N. Tatum Blvd., #102-160**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**O'Malley, Daniel & Janice**
**4824 N. 203rd Ave**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** unfinished project and/or warranty work

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.75** Nonpriority creditor's name and mailing address
**Oakley, Allen & Gina**
**4802 N. 203rd Avenue**
**Buckeye, AZ 85396**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address
**Olson, Susan**
**4095 Miners Springs Way**
**Wickenburg, AZ 85390**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address
**Oltman, Rosanne**
**25564 N. 163rd Drive**
**Surprise, AZ 85387**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address
**Oltman, Scott and Roseanne**
**25564 N. 163rd Drive**
**Surprise, AZ 85387**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address
**Parnell, Vince P. & Doris**
**10930 W. Buchanan St**
**Avondale, AZ 85323**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address
**Pentair**
**FIle 403587**
**Atlanta, GA 30384-3587**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$12,000.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address
**Perez, Branden**
**333 S. 183rd Drive**
**Goodyear, AZ 85338**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unfinished project and/or warranty work**

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Persephone, Sylvia**
**8533 Tracyton Blvd. NW**
**Bremerton, WA 98310**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Philadelphia Indemnity Insurance Company**
**Surety Claims Dept.**
**P.O. Box 3636**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __surety bond__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Piergalli, Lee**
**7140 W. Milton Drive**
**Peoria, AZ 85383**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,984.00 |
|---|---|---|---|

**Pinnacle Business Solutions**
**19332 N. 100th Way**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,900.00 |
|---|---|---|---|

**Precision Concrete Pumping LLC**
**1812 E. Desert Broom Place**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Priest, Glen**
**22932 E. Estrella Road**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,557.00 |
|---|---|---|---|

**Quality Awnings and Patios, LLC**
**P.O. Box 207**
**Youngtown, AZ 85363**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,027.00** |
|------|------|------|------|

**Red Rock Pool Plastering LLC**
**4140 W. Sunland Avenue**
**Phoenix, AZ 85041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Richards, Edward**
**19057 W. Solano Drive**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _unfinished project and/or warranty work_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,285.49** |
|------|------|------|------|

**Roberts, Eric**
**21203 W. Berkeley ROad**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Rose, Jeffrey & Rose**
**20673 W. Meadowbrook Ave**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _unfinished project and/or warranty work_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**Rosengrants, Michael & Kandi**
**20538 County Road S**
**Bennett, CO 80102-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _unfinished project and/or warranty work_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,633.04** |
|------|------|------|------|

**Sajgo, Lisa**
**30229 W. Weldon Ave**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _unfinished project and/or warranty work_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|------|------|------|

**Sana Insurance**
**P.O. Box 660675**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _insurance premiums_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Schroder, Steven**
**4626 Cactus Wren Road**
**Wickenburg, AZ 85390**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Schroeder, Brian**
**45156 W. Sandhill Road**
**Maricopa, AZ 85139**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sederski, Bart & Laura**
**2573 N. Springfield Street**
**Buckeye, AZ 85396**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shake, Bob and Patti**
**20408 W. Elm Drive**
**Buckeye, AZ 85396**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sholola, Sonny**
**6774 N. 126th Lane**
**Glendale, AZ 85307**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __unfinished project and/or warranty work__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,070.57 |
|---|---|---|---|

**Slide Right**
**9299 W. Olive Ave, #308**
**Peoria, AZ 85345**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,937.25 |
|---|---|---|---|

**Springs and Sons Electric**
**2129 W. Mountain View**
**Phoenix, AZ 85021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeside Pools LLC** | Case number (if known) | |
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stine, Autumn**
**12549 W. Palmaire Ave**
**Glendale, AZ 85307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stock, Gerald & Marisa**
**4235 Stage Stop Way**
**Wickenburg, AZ 85390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stojakovich, Janice and Charles**
**5926 N. 190th Drive**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sturtz, Christian and Ashley**
**2580 W. Pinta Pl**
**Wickenburg, AZ 85390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92,282.52** |

**Superior Pool Products**
**18201 N. 25th Ave, Ste 1C**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Trammell, Brian & Jennifer**
**19993 W. Glenrosa Ave**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __unfinished project and/or warranty work__

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,820.00** |

**Triple J Shotcrete**
**28561 N. Joliet Pl**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No ☐ Yes

---

| | |
|---|---|
| **3.110** | **$6,909.02** |

**Nonpriority creditor's name and mailing address**
**Troy's Aqua Blue LLC**
**6501 E. Greenway Parkway, #103**
**Scottsdale, AZ 85254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.111** | **$13,920.10** |

**Nonpriority creditor's name and mailing address**
**Truley Landscape and Construction LLC**
**13531 W. Peck Drive**
**Litchfield Park, AZ 85340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  breach of contract

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.112** | **$39,896.37** |

**Nonpriority creditor's name and mailing address**
**Turf Masters LLC**
**2906 E. Union Hills Drive**
**Phoenix, AZ 85050**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.113** | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Verizon Wireless Bankruptcy Admin.**
**500 Technology Dr., Ste. 550**
**Saint Charles, MO 63304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  potential balance for services

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.114** | **$19,458.31** |

**Nonpriority creditor's name and mailing address**
**Weisgerber, Lawrence and Bacchus, Yuka**
**18339 W. Golden Court**
**Waddell, AZ 85355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unfinished project and/or warranty work

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.115** | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Westhues, Mark P.**
**20791 W. San Juan Avenue**
**Buckeye, AZ 85396**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unfinished project and/or warranty work

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.116** | **$4,832.38** |

**Nonpriority creditor's name and mailing address**
**Wex Bank**
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

Date(s) debt was incurred _

Last 4 digits of account number  0151

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,248.05 |
|-------|--|--|--|

**Young Shotcrete, LLC**
**3410 N. Laconia Drive**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _vendor_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--|--|--|

**Young, Michelle/Raines, Scott**
**15209 S. 183rd Drive**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _unfinished project and/or warranty work_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---------|------------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--|--|--|
| 4.1 | **Arno T. Naeckel and Veronica Lucero**<br>**Davillier Law Group, LLC**<br>**4105 N. 20th St., Ste. 110**<br>**Phoenix, AZ 85016** | Line _3.114_<br><br>☐ Not listed. Explain __ | __ |
| 4.2 | **BMO Harris Bank, N.A.**<br>**P.O. Box 5700**<br>**Carol Stream, IL 60197-5700** | Line _3.20_<br><br>☐ Not listed. Explain __ | __ |
| 4.3 | **George Smith**<br>**8331 N. 57th Drive**<br>**Glendale, AZ 85302** | Line _3.2_<br><br>☐ Not listed. Explain __ | __ |
| 4.4 | **James Sparks**<br>**4742 N. 24th St., Ste 340**<br>**Phoenix, AZ 85016** | Line _3.48_<br><br>☐ Not listed. Explain __ | __ |
| 4.5 | **Kristin K. Mayes and Wesley M. Cox**<br>**Office of the Attorney General**<br>**2005 N. Central Ave., SGD/LES**<br>**Phoenix, AZ 85004** | Line _3.5_<br><br>☐ Not listed. Explain __ | __ |
| 4.6 | **Registrar of Contractors**<br>**1700 W. Washington St., Ste. 105**<br>**Phoenix, AZ 85007-2812** | Line _3.112_<br><br>☐ Not listed. Explain __ | __ |
| 4.7 | **Robert J. Metli PLLC**<br>**333 North Wilmot St., Suite 300**<br>**Tucson, AZ 85711** | Line _3.27_<br><br>☐ Not listed. Explain __ | __ |
| 4.8 | **Sana**<br>**9501 Manchaca Road**<br>**Austin, TX 78748** | Line _3.95_<br><br>☐ Not listed. Explain __ | __ |

| Debtor | **Lakeside Pools LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Truley Landscape and Construction, LLC**<br>**P.O. Box 623**<br>**Litchfield Park, AZ 85340** | Line  3.111 <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                          **0.00** |
| **5b. Total claims from Part 2** | 5b.  +  $ | **1,868,160.66** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | **1,868,160.66** |

Fill in this information to identify the case:

Debtor name  **Lakeside Pools LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of property at 600 W. Chandler Blvd., Chandler, Arizona**<br>**Month to month lease**<br><br><br>**BEGAJE Limited Partnership**<br>**P.O. Box 12120**<br>**Chandler, AZ 85248** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Security system lease**<br><br><br><br>**Safe Home Security**<br>**1125 Middle Street, #201**<br>**Middletown, CT 06457** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **38 month lease  of Kyocera TASKalfa 5053ci printer/copy machine**<br>**Lease started in March 2023**<br><br>**US Bank Equipment Finance**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Office lease located at 7225 N. 110th Avenue, Glendale, Arizona**<br><br><br>**Valor Desert Cove**<br>**6033 W. Sherman Street**<br>**Phoenix, AZ 85043** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 2

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

Debtor name    **Lakeside Pools LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David and Rhonda Lake** | **20102 W. Pasadena Avenue Litchfield Park, AZ 85340** | **BMO Financial Group** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.2 | **David and Rhonda Lake** | **20102 W. Pasadena Avenue Litchfield Park, AZ 85340** | **BMO Haris Bank** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.3 | **David and Rhonda Lake** | **20102 W. Pasadena Avenue Litchfield Park, AZ 85340** | **BMO Harris Bank** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |

Case 2:23-bk-06444-DPC    Doc 1    Filed 09/14/23    Entered 09/14/23 17:37:09    Desc
Main Document      Page 35 of 67

Debtor name     **Lakeside Pools LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:     Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,927,372.87** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,340,387.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$9,232,855.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ACT Rebar Contractors, Inc. vs. Lakeside Pools, LLC, et. al.** CV2023-010512 | **Breach of contract** | **Maricopa County Superior Court** 201 W. Jefferson Street Phoenix, AZ 85003 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Adam D'Anthony/Lakeside Pools, LLC, License No. ROC 265621** 2023-03082 | **Citation and Complaint for revocation of contractor's license** | **Registrar of Contractors** 1700 W. Washington St., Ste. 105 Phoenix, AZ 85007-2812 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Albert Curry/Lakeside Pools, LLC** 2023-07568 | **Breach of contract** | **Registrar of Contractors** 1700 W. Washington St., Ste. 105 Phoenix, AZ 85007-2812 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Allen Mullinex/Lakeside Pools, LLC** 2023-07226 | **Breach of contract** | **Registrar of Contractors** 1700 W. Washington St., Ste. 105 Phoenix, AZ 85007-2812 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Annette Martinez and Nadeem ElAmin/Lakeside Pools, LLC** 2023-08256 | **Breach of contract** | **Registrar of Contractors** 1700 W. Washington St., Ste. 105 Phoenix, AZ 85007-2812 | ■ Pending ☐ On appeal ☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Ashley Sturtz/Lakeside Pools, LLC**<br>**2023-06981** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Autumn Stine/Lakeside Pools, LLC**<br>**2023-07646** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Brian Curtis Trammell vs. Lakeside Pools, LLC**<br>**2023-07928** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Carole Kozusko Elenberger/Lakeside Pools, LLC**<br>**2023-06539** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Catherine Theresa Carlson/Lakeside Pools, LLC**<br>**2023-07670** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Chad LaValley/Lakeside Pools, LLC**<br>**2023-06751** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Charles Culver/Lakeside Pools, LLC**<br>**2023-07760** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Charles Stojakovich/Lakeside Pools, LLC**<br>**2023-08063** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Cynthia Fernandez/Lakeside Pools, LLC**<br>**2023-07592** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Daniel O'Malley/Lakeside Pools, LLC**<br>**2023-07824** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Dave Arsenault/Lakeside Pools, LLC**<br>**2023A-00233-CHC-ROC** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.17. | David Magoc/Lakeside Pools, LLC<br>2023-05300 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Donna Krapf vs. Lakeside Pools, LLC, License No. roc 265621<br>2023-07711 | breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Edward Richards/Lakeside Pools, LLC<br>2023-06841 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | Elisabeth Leamon/Lakeside Pools, LLC<br>2023-08290 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | Gerald Stock/Lakeside Pools, LLC<br>2023-06009 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | Gina M. Oakley/Lakeside Pools, LLC<br>2023-07759 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | Icon Pool Works, LLC vs. Lakeside Pools, LLC, David Lake, Jane Doe Lake, Philadelphia Indemnity Insurance Company<br>CV2023-010966 | Breach of contract | Maricopa County Superior Court<br>201 W. Jefferson Street<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | Icon Pool Works, LLC/Lakeside Pools, LLC<br>2023-07055 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | Ida M. Frueh/Lakeside Pools, LLC<br>2023-06695 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | Jacob Loden/Lakeside Pools, LLC<br>2023-08337 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | Jeff Keys/Lakeside Pools, LLC<br>2023-08541 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.28. | Jeffrey Rose vs. Lakeside Pool, LLC, License No. ROC265621<br>2023-06668 | Citation and Complaint for revocation of contractor's license | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | John Delaney/Lakeside Pools, LLC<br>2023-08074 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | Judy Brick/Lakeside Pools, LLC<br>2023-07911 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | Laura Ann Johnson/Lakeside Pools, LLC<br>2023-07000 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | Lawrence Weisgerber/Lakeside Pools, LLC and Wrangler Construction, LLC<br>2023-07137 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | Lawrence Weisgerber,e t. al. vs. Lakeside Pools, LLC, Rhonda K. Lake and David Lake<br>CV2023-011061 | Breach of contract | Maricopa County Superior Court<br>201 W. Jefferson Street<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | Lisa Boye/Lakeside Pools, LLC<br>2023-07905 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | Maria Beans/Lakeside Pools, LLC<br>2023-07069 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | Marisa Liepman/Lakeside Pools, LLC<br>2023-06848 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. | Mark Habermann/Lakeside Pools, LLC<br>2023-07554 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. | Mark P. Westhues vs Lakeside Pools, LLC License No. ROC 265621<br>2023-07431 | breach of contract | Registrar of Contractors<br>1700 W. Washington St., Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.39. | Mary Graham/Lakeside Pools, LLC<br>2023-06955 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. | Melissa Alcantar/Lakeside Pools, LLC<br>2023-07709 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. | Michael Rosengrants/Lakeside Pools, LLC<br>2023-07748 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42. | Nancy Lindfors/Lakeside Pools, LLC<br>2023-07369 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | Patti Shake/Lakeside Pools, LLC<br>2023-07213 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | Randy Bjork/Lakeside Pools, LLC<br>2023-06980 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | Red Rock Pool Plastering, LLC vs. Lakeside Pools, LLC<br>2023-07803 | breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | Robert Cooley/Lakeside Pools, LLC<br>2023-07079 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.47. | Rosanne Oltman/Lakeside Pools, LLC and Wrangler Construction, LLC<br>2023-07520 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.48. | Russell Goodnow/Lakeside Pools, LLC<br>2023-07301 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.49. | Sheryl McCalman/Lakeside Pools, LLC and Wrangler Construction, LLC<br>2023-07590 | Breach of contract | Registrar of Contractors<br>1700 W. Washington St.,<br>Ste. 105<br>Phoenix, AZ 85007-2812 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.50. | **Sheryl McCalman/Lakeside Pools, LLC**<br>**2023-07013** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51. | **Steven Schroder/Lakeside Pools, LLC**<br>**2023-06054** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52. | **Sylvia Persephone/Lakeside Pools, LLC**<br>**2023-01104** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53. | **Terri Marquardt/Lakeside Pools, LLC**<br>**2023-03765** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.54. | **Teon Gudina/Lakdeside Pools, LLC**<br>**2023** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.55. | **Turf Masters, LLC/Lakeside Pools, LLC**<br>**2023-07015** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.56. | **Truley Landscape and Construction LLC/Lakeside Pools, LLC**<br>**2023-07383** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.57. | **Victor Hutchings/Lakeside Pools, LLC**<br>**2023-07561** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.58. | **Vince P. Parnell/Lakeside Pools, LLC**<br>**2023-07597** | **Breach of contract** | **Registrar of Contractors**<br>**1700 W. Washington St.,**<br>**Ste. 105**<br>**Phoenix, AZ 85007-2812** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen, Jones & Giles, PLC**<br>**1850 N. Central Avenue, Suite 1150**<br>**Phoenix, AZ 85004** | **Attorney's fee of $10,662 plus the Chapter 7 filing fee of $338**<br>**$5,000 for litigation and general legal advice.** | **7/7/23 - $5,000**<br>**8/23/23 - $11,000** | **$16,000.00** |
| | Email or website address<br>**tallen@bkfirmaz.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Payne Equipment Sales, LLC<br>8871 N. 79th Ave<br>Peoria, AZ 85345** | **2016 Ford F150 #9966 sold on 1/20/2023<br>for $7,000.00<br>2017 Ford F150 #3470 sold on 7/11/2023<br>for $10,000.00<br>2018 Ford F150 #1791 sold ion 5/3/2023<br>for $9,000.00<br>2019 Ford F350 #2407 sold on 6/15/20230<br>for $36,975.45<br>2018 Ford F150 #1808 sold on 7/24/2023<br>for $11,000.00** | **1/20/2023 to<br>7/24/2023** | **$73,975.45** |
| | Relationship to debtor<br>**Owners are relatives of the<br>Debtor's principal** | | | |
| 13.2<br>. | **Payne Equipment Sales, LLC<br>8871 N. 79th Ave<br>Peoria, AZ 85345** | **2018 Top Hat Dump Trailer 16x6** | **7/6/2023** | **$7,000.00** |
| | Relationship to debtor<br>**Owners are relatives of the<br>Debtor's principal** | | | |
| 13.3<br>. | **Mesa Motors<br>910 S. Country Club Drive<br>Mesa, AZ 85210** | **2022 Ford F150 #1476 Sold<br>2022 Ford F150 #1480 Sold** | **8/17/2023** | **$46,000.00** |
| | Relationship to debtor<br>**No relationship to Debtor** | | | |
| 13.4<br>. | **Matador Construction LLC<br>3120 W. Alvarado Road<br>Phoenix, AZ 85009** | **2018 Ford F150 #575 with bad<br>transmission** | **8/21/23** | **$7,000.00** |
| | Relationship to debtor<br>**No relationship to Debtor** | | | |

---

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **580 N. Boulard Avenue<br>Goodyear, AZ** | **8/2016 to 8/2021** |
| 14.2. | **16212 W. Carol Lane<br>Litchfield Park, AZ 85340** | **8/2019 to 8/2021** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   　　 ■ No Go to Part 10.
   　　 ☐ Yes. Fill in below:

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BMO Harrais Bank** | **XXXX-9369** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **12/2022** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. <br><br> Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Samantha Neuroth**<br>**7225 N. 110th Ave**<br>**Glendale, AZ 85307** | **4/2018 to 7/2023** |
| 26a.2.   **Pinnacle Business Solutions**<br>**19332 N. 100th Way**<br>**Scottsdale, AZ 85255** | **1/2020 to 3/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Pinnacle Business Solutions**<br>**19332 N. 100th Way**<br>**Scottsdale, AZ 85255** | **1/2020 to 3/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Samantha Neuroth**<br>**7225 N. 110th Ave**<br>**Glendale, AZ 85307** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **BMO Bank**<br>**2828 N. Litchfield Road**<br>**Goodyear, AZ 85395** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Lake** | **20102 W. Pasadena Avenue**<br>**Litchfield Park, AZ 85340** | **Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Lake**<br>**20102 W. Pasadena Avenue**<br>**Litchfield Park, AZ 85340** | **$95,675.69 for owner distributions**<br>**$72,307.62 for payroll** | **last 12 months** | **Owner distributions and payroll** |
| | Relationship to debtor<br>**Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**  Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 14, 2023**

**/s/ David Lake**                                              **David Lake**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re **Lakeside Pools LLC**                                    Case No. _____

_____                        Chapter **7**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................     $          **10,662.00**

    Prior to the filing of this statement I have received ....................     $          **10,662.00**

    Balance Due ..................................................................................     $               **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **adversary proceedings or contested matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 14, 2023**
_____

_Date_

**/s/ Thomas H. Allen**
_____
**Thomas H. Allen 11160**
_Signature of Attorney_
**Allen, Jones & Giles, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000  Fax: 602-252-4712**
**tallen@bkfirmaz.com**
_Name of law firm_

---

# United States Bankruptcy Court
## District of Arizona

In re    **Lakeside Pools LLC**

                      Debtor(s)

Case No.

Chapter    **7**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of ___**15**___ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:    **September 14, 2023**

              **/s/ David Lake**
              **David Lake**/Member
              Signer/Title

Date:    **September 14, 2023**

              **/s/ Thomas H. Allen**
              Signature of Attorney
              **Thomas H. Allen 11160**
              **Allen, Jones & Giles, PLC**
              **1850 N. Central Avenue, Suite 1150**
              **Phoenix, AZ 85004**
              **602-256-6000  Fax: 602-252-4712**

ACQUABELLA USA, LLC
11906 BRITTMOORE PARK DRIVE
HOUSTON TX 77041


ACT REBAR CONTRACTORS, INC.
8331 N. 57TH DRIVE
GLENDALE AZ 85302


ALCANTAR, JULIES & ATHANEA, MELISSA
7513 S. 22ND AVENUE
PHOENIX AZ 85041


ARIZONA PUBLIC SERVICE
MS 3200
P.O. BOX 53933
PHOENIX AZ 85072-3933


ARIZONA REGISTRAR OF CONTRACTORS
1700 W. WASHINGTON STREET
SUITE 105
PHOENIX AZ 85007-2812


ARIZONA TURF MASTERS
1250 N. FAIRWAY DRIVE
BLDG C, SUITE 107
TOLLESON AZ 85353


ARNO T. NAECKEL AND VERONICA LUCERO
DAVILLIER LAW GROUP, LLC
4105 N. 20TH ST., STE. 110
PHOENIX AZ 85016


ARSENAULT, DAVID AND CINDY
13825 N. 71ST LANE
PEORIA AZ 85381


ART'S QUALITY LANDSCAPING
14103 W. MANDALAY LANE
SURPRISE AZ 85379

Lakeside Pools LLC -

AZ DESERT TILE
5421 N. PAJARO COURT
LITCHFIELD PARK AZ 85340

BACA, LISA
5025 W. NOVAK WAY
LAVEEN AZ 85339

BAJPAI, MALA
8034 W. ROCK SPRINGS DRIVE
PEORIA AZ 85383

BAKKERS IRONWORKS INC.
2012 W. WILLIAMS DRIVE
PHOENIX AZ 85027

BANNON, JOE
18373 W. MONTEROSA
GOODYEAR AZ 85395

BEAM INSURANCE
112 N. YORK ROAD
HATBORO PA 19040

BEANS, MARIA
31877 N. 124TH STREET
GLENDALE AZ 85307

BEGAJE LIMITED PARTNERSHIP
600 W. CHANDLER BLVD.
CHANDLER AZ 85225

BEGAJE LIMITED PARTNERSHIP
P.O. BOX 12120
CHANDLER AZ 85248

Lakeside Pools LLC -

BERGEVIN, JEAN LUC
4471 E. LOMA VISTA ST.
GILBERT AZ 85295

BJORK, RANDY AND JAN
4820 N. 203RD AVE
BUCKEYE AZ 85396

BMO FINANCIAL GROUP
P.O. BOX 5732
CAROL STREAM IL 60197-5732

BMO HARIS BANK
P.O. BOX 6101
CAROL STREAM IL 60197-6101

BMO HARRIS BANK
P.O. BOX 6290
CAROL STREAM IL 60197-6290

BMO HARRIS BANK, N.A.
P.O. BOX 5700
CAROL STREAM IL 60197-5700

BOYE, REX AND LISA
19927 W. MONTECITO AVENUE
LITCHFIELD PARK AZ 85340

BRICK, NORTON & JUDY
23060 W. MOONLIGHT PATH
BUCKEYE AZ 85326

CAL PLASTERING
2142 E. JEFFERSON ST.
PHOENIX AZ 85034

Lakeside Pools LLC -


CARLSON, CATHERINE THERESA
26269 W. HORSHAM DRIVE
BUCKEYE AZ 85396


CHIHUAS PLUMBING LLC
3510 W. ABRAHAM LANE
GLENDALE AZ 85308


COOLEY, ROBERT AND BASTRMAJIAN, MARIKA
19768 W. PALO VERDE DRIVE
LITCHFIELD PARK AZ 85340


COX BUSINESS
1550 W. DEER VALLEY ROAD
PHOENIX AZ 85027


CRAWFORD, JADE
5221 W. GLENVIEW PLACE
CHANDLER AZ 85226


CULVER, CHARLES & MELISSA
11743 S. DEAN ROAD
BUCKEYE AZ 85326


CURIEL M REBAR STEEL LLC
12021 W. CHASE LANE
AVONDALE AZ 85323


CURRY, ALBERT
19415 W. SELDON LANE
WADDELL AZ 85355


D'ANTHONY, ADAM & KELLY
16641 W. VALENCIA DRIVE
GOODYEAR AZ 85338

Lakeside Pools LLC -


DAVID AND RHONDA LAKE
20102 W. PASADENA AVENUE
LITCHFIELD PARK AZ 85340


DAVID LAKE
20102 W. PASADENA AVENUE
LITCHFIELD PARK AZ 85340


DEAN, RAY
29708 N. 224TH DRIVE
WITTMANN AZ 85361


DEERE, CHRISTOPHER & KRISTEN
4611 E. HAZELTINE WAY
CHANDLER AZ 85249


DELANEY, JOHN & DIANN
8529 W. ROSEMONTE DRIVE
PEORIA AZ 85382


ELLENBERGER, CAROLE KOZUSKO
20512 W. COOLIDGE ST.
YUMA AZ 85369


FERNANDEZ, ELKJER & CYNTHIA
19034 W. RANCHO DRIVE
LITCHFIELD PARK AZ 85340


FRUEH, IDA M.
7667 S. 163RD DRIVE
GOODYEAR AZ 85338


GEORGE SMITH
8331 N. 57TH DRIVE
GLENDALE AZ 85302

Lakeside Pools LLC -

GOMEZ, MICHAEL AND DENISE
13851 W. BLOSWSOM WAY
LITCHFIELD PARK AZ 85340

GOODNOW, RUSSELL
20562 W. OREGON AVENUE
BUCKEYE AZ 85396

GRAHAM, BEN &  MARY
3330 TEN BEARS CIRCLE
WICKENBURG AZ 85390

GUDINA, TEON & KARINA
18455 W. MONTEROSA ST
GOODYEAR AZ 85395

HABERMANN, MARK & SANDRA
5252 N. 206TH DRIVE
BUCKEYE AZ 85396

HENNESSY, DAN & KIM
11044 S. SANTA MARGARITA DRIVE
GOODYEAR AZ 85338

HUTCHINGS, VICTOR
19045 W. CAMERON DRIVE
SURPRISE AZ 85388

ICON POOL WORKS, LLC
4934 E. BEEHIVE ROAD
SAN TAN VALLEY AZ 85140

JAMES SPARKS
4742 N. 24TH ST., STE 340
PHOENIX AZ 85016

Lakeside Pools LLC -

JESSE AND SONS POOL PLUMBING LLC
2023 W. CORTEZ ST
PHOENIX AZ 85029


JMAX MECHANICAL
1753 E. BROADWAY ROAD, #101-454
TEMPE AZ 85282


JMAX PLUMBING
1753 E. BROADWAY ROAD, #101-454
TEMPE AZ 85282


JOHNSON, LAURA ANN
2573 N. SPRINGFIELD ST.
BUCKEYE AZ 85396


KARIM, NADIA & JUSTIN
14467 W. DESERT FLOWER DRIVE
GOODYEAR AZ 85395


KEYS, JEFF
20504 W. ROSEWOOD LANE
BUCKEYE AZ 85396


KRAPF, DONNA
17734 W. PATRICK LANE
SURPRISE AZ 85387


KRISTIN K. MAYES AND WESLEY M. COX
OFFICE OF THE ATTORNEY GENERAL
2005 N. CENTRAL AVE., SGD/LES
PHOENIX AZ 85004


LAVALLEY, CHAD
8317 N. ARNOLD COURT
WADDELL AZ 85355

Lakeside Pools LLC -

LEAMON, ELISABETH
11724 W. MARGUERITE AVENUE
AVONDALE AZ 85323

LIEPMAN, MARISA
5866 N. 188TH LANE
LITCHFIELD PARK AZ 85340

LINDFORS, JOHN AND NANCY
5224 N. 205TH LANE
BUCKEYE AZ 85396

LODEN, JACOB
388 S. 163RD DRIVE
GOODYEAR AZ 85338

LUCAS, THOMAS & HAGUE, GWEN
15916 W. ASHLAND AVENUE
GOODYEAR AZ 85395

MAGOC, DAVID A.
11056 S. SANTA MARGARITA DRIVE
GOODYEAR AZ 85338

MARQUARDT, TERRI
20597 W. OREGON AVE
BUCKEYE AZ 85396

MARTINEZ. ANNETTE & ELAMIN, NADEEM
417 E. ELM LANE
AVONDALE AZ 85323

MASTER CLEANUP LLC
2025 S. APACHE DRIVE
APACHE JUNCTION AZ 85120

Lakeside Pools LLC -

MCCALMAN, SHERYL
16653 W. CATALINA DRIVE
GOODYEAR AZ 85395


MEYER, DAN & CJ
11973 E. AMANDA ROAD
GOLD CANYON AZ 85118


MILLENNIUM GAS
P.O. BOX 1823
HIGLEY AZ 85236


MILLER, KEITH
20417 W. CRESCENT DRIVE
BUCKEYE AZ 85396


MUDDELL, MELISSA
19618 W. EXETER BLVD.
BUCKEYE AZ 85396


MULLINEX, ALLEN AND FLORENDA
17385 W. LINCOLN STREET
GOODYEAR AZ 85338


NAVARRO'S OUTDOOR ENVIRONMENTS, LLC
5614 W. MONTE VISWTA ROAD
PHOENIX AZ 85035


NORTHSTAR IDENTITY LLC
10810 N. TATUM BLVD., #102-160
PHOENIX AZ 85028


O'MALLEY, DANIEL & JANICE
4824 N. 203RD AVE
BUCKEYE AZ 85396

Lakeside Pools LLC -

OAKLEY, ALLEN & GINA
4802 N. 203RD AVENUE
BUCKEYE AZ 85396

OLSON, SUSAN
4095 MINERS SPRINGS WAY
WICKENBURG AZ 85390

OLTMAN, ROSANNE
25564 N. 163RD DRIVE
SURPRISE AZ 85387

OLTMAN, SCOTT AND ROSEANNE
25564 N. 163RD DRIVE
SURPRISE AZ 85387

PARNELL, VINCE P. & DORIS
10930 W. BUCHANAN ST
AVONDALE AZ 85323

PENTAIR
FILE 403587
ATLANTA GA 30384-3587

PEREZ, BRANDEN
333 S. 183RD DRIVE
GOODYEAR AZ 85338

PERSEPHONE, SYLVIA
8533 TRACYTON BLVD. NW
BREMERTON WA 98310

PHILADELPHIA INDEMNITY INSURANCE COMPANY
SURETY CLAIMS DEPT.
P.O. BOX 3636
BALA CYNWYD PA 19004

Lakeside Pools LLC -


PIERGALLI, LEE
7140 W. MILTON DRIVE
PEORIA AZ 85383


PINNACLE BUSINESS SOLUTIONS
19332 N. 100TH WAY
CHANDLER AZ 85225


PRECISION CONCRETE PUMPING LLC
1812 E. DESERT BROOM PLACE
CHANDLER AZ 85286


PRIEST, GLEN
22932 E. ESTRELLA ROAD
QUEEN CREEK AZ 85142


QUALITY AWNINGS AND PATIOS, LLC
P.O. BOX 207
YOUNGTOWN AZ 85363


RED ROCK POOL PLASTERING LLC
4140 W. SUNLAND AVENUE
PHOENIX AZ 85041


REGISTRAR OF CONTRACTORS
1700 W. WASHINGTON ST., STE. 105
PHOENIX AZ 85007-2812


RICHARDS, EDWARD
19057 W. SOLANO DRIVE
LITCHFIELD PARK AZ 85340


ROBERT J. METLI PLLC
333 NORTH WILMOT ST., SUITE 300
TUCSON AZ 85711

Lakeside Pools LLC -

ROBERTS, ERIC
21203 W. BERKELEY ROAD
BUCKEYE AZ 85396


ROSE, JEFFREY & ROSE
20673 W. MEADOWBROOK AVE
BUCKEYE AZ 85396


ROSENGRANTS, MICHAEL & KANDI
20538 COUNTY ROAD S
BENNETT CO 80102-9000


SAFE HOME SECURITY
1125 MIDDLE STREET, #201
MIDDLETOWN CT 06457


SAJGO, LISA
30229 W. WELDON AVE
BUCKEYE AZ 85396


SANA
9501 MANCHACA ROAD
AUSTIN TX 78748


SANA INSURANCE
P.O. BOX 660675
DALLAS TX 75266


SCHRODER, STEVEN
4626 CACTUS WREN ROAD
WICKENBURG AZ 85390


SCHROEDER, BRIAN
45156 W. SANDHILL ROAD
MARICOPA AZ 85139

Lakeside Pools LLC -

SEDERSKI, BART & LAURA
2573 N. SPRINGFIELD STREET
BUCKEYE AZ 85396


SHAKE,  BOB AND PATTI
20408 W. ELM DRIVE
BUCKEYE AZ 85396


SHOLOLA, SONNY
6774 N. 126TH LANE
GLENDALE AZ 85307


SLIDE RIGHT
9299 W. OLIVE AVE, #308
PEORIA AZ 85345


SPRINGS AND SONS ELECTRIC
2129 W. MOUNTAIN VIEW
PHOENIX AZ 85021


STINE, AUTUMN
12549 W. PALMAIRE AVE
GLENDALE AZ 85307


STOCK, GERALD & MARISA
4235 STAGE STOP WAY
WICKENBURG AZ 85390


STOJAKOVICH, JANICE AND CHARLES
5926 N. 190TH DRIVE
LITCHFIELD PARK AZ 85340


STURTZ, CHRISTIAN AND ASHLEY
2580 W. PINTA PL
WICKENBURG AZ 85390

Lakeside Pools LLC -

SUPERIOR POOL PRODUCTS
18201 N. 25TH AVE, STE 1C
PHOENIX AZ 85023

TRAMMELL, BRIAN & JENNIFER
19993 W. GLENROSA AVE
LITCHFIELD PARK AZ 85340

TRIPLE J SHOTCRETE
28561 N. JOLIET PL
QUEEN CREEK AZ 85142

TROY'S AQUA BLUE LLC
6501 E. GREENWAY PARKWAY, #103
SCOTTSDALE AZ 85254

TRULEY LANDSCAPE AND CONSTRUCTION LLC
13531 W. PECK DRIVE
LITCHFIELD PARK AZ 85340

TRULEY LANDSCAPE AND CONSTRUCTION, LLC
P.O. BOX 623
LITCHFIELD PARK AZ 85340

TURF MASTERS LLC
2906 E. UNION HILLS DRIVE
PHOENIX AZ 85050

US BANK EQUIPMENT FINANCE
1310 MADRID STREET, SUITE 101
MARSHALL MN 56258

VALOR DESERT COVE
6033 W. SHERMAN STREET
PHOENIX AZ 85043

Lakeside Pools LLC -


VERIZON WIRELESS BANKRUPTCY ADMIN.
500 TECHNOLOGY DR., STE. 550
SAINT CHARLES MO 63304


WEISGERBER, LAWRENCE AND BACCHUS, YUKA
18339 W. GOLDEN COURT
WADDELL AZ 85355


WESTHUES, MARK P.
20791 W. SAN JUAN AVENUE
BUCKEYE AZ 85396


WEX BANK
P.O. BOX 6293
CAROL STREAM IL 60197-6293


YOUNG SHOTCRETE, LLC
3410 N. LACONIA DRIVE
LITCHFIELD PARK AZ 85340


YOUNG, MICHELLE/RAINES, SCOTT
15209 S. 183RD DRIVRE
GOODYEAR AZ 85338

# United States Bankruptcy Court
## District of Arizona

In re   **Lakeside Pools LLC**                      Case No. _____

                          Debtor(s)            Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for \_\_**Lakeside Pools LLC**\_\_ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

\_\_**September 14, 2023**_____

Date

            **/s/ Thomas H. Allen**_____

            **Thomas H. Allen 11160**

            Signature of Attorney or Litigant

            Counsel for    **Lakeside Pools LLC**_____

            **Allen, Jones & Giles, PLC**

            **1850 N. Central Avenue, Suite 1150**
            **Phoenix, AZ 85004**
            **602-256-6000 Fax:602-252-4712**
            **tallen@bkfirmaz.com**